**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6162**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL RONDALE GIBSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greensville. James C. Dever III, District Judge. (4:12-cr-00075-D-2)

Submitted: June 24, 2021            Decided: June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Rondale Gibson, Appellant Pro Se. David A. Bragdon, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Rondale Gibson, a federal prisoner, appeals from the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we conclude that the district court did not abuse its discretion in ruling that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*